UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

AMERICAN GENERAL LIFE INSURANCE COMPANY                                                                                    PLAINTIFF

v.                                           No. 5:23-cv-5175

TAMMY BARRINGER, et al.                                                                                    DEFENDANTS

## JUDGMENT

Under the order entered today, IT IS HEREBY ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS FURTHER ADJUDGED that Tammy Barringer is entitled to the funds from the American General Life Insurance Policy number ending in -0930 with a face amount of $500,000, plus two-thirds interest earned.

IT IS FURTHER ADJUDGED that Claudia Barringer is entitled to the funds from the American General Life Insurance Policy number ending in -4998 with a face amount of $250,000, plus one-third interest earned.

IT IS SO ADJUDGED on this 24th day of April, 2024.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE